# United States Court of Appeals for the Federal Circuit

---

**DANIEL D. BARRY,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2022-1747

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-3367, Judge Grant Jaquith, Judge Michael P. Allen, Judge Joseph L. Falvey, Jr.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

May 16, 2024
Date

Jarrett B. Perlow
Clerk of Court